IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LUCRETIA HORNSBY, et al.,       )
                                )
            Plaintiffs,          )
                                )
      v.                         )       CIVIL ACTION NO. 3:10cv680-MHT
                                )
MACON COUNTY GREYHOUND           )
PARK, INC., et al.,              )
                                )
            Defendants.          )

**<u>ORDER</u>**

The court has received confidential mediation statements in this case. Because no settlement offers have yet been exchanged among the parties, and for good cause, it is

ORDERED that on or before close of business on Tuesday, July 24, 2012, plaintiffs shall serve on defendants, with a copy to the court's chambers, an itemization of known damages and attorneys fees and written settlement demand, with a brief statement in support. On or before close of business on Thursday, July 26, 2012, defendants shall serve on plaintiffs, with a copy to the court's chambers, a written settlement offer with a brief statement in support. The demand and offer may be served by fax or email, and should not be filed. The court's copies may be faxed to 334-954-3675. The parties are asked to begin their offers in a reasonable settlement range, and they should note any special conditions (e.g., confidentiality, payment over time, etc.) that may be necessary, in their view, to achieve resolution of the dispute.

The mediation conference scheduled for July 27, 2012, at 9:30 a.m. *will not go forward* unless the demand and offer and supporting information are served as required.

DONE, this 19th day of July, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE