# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| LUCRETIA HORNSBY, ANMARIE YOUNG, PRESTON YOUNG, REBECCA DEAN, DAWN HAMMOCK, CELINA JORDAN, TABITHA ARLEDGE, ERICA MILLER, NANCY YARENKO, MURRAY BAKER, OCIE BUTLER, and DARRELL THOMAS, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs | ) CIVIL ACTION NO.: ) 3:10-CV-680-MHT |
| v. | ) ) |
| MACON COUNTY GREYHOUND PARK, INC., VICTORYLAND, McGREGOR ENTERPRISES, and MILTON McGREGOR | ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO DISMISS REBECCA DEAN

COMES NOW THE PLAINTIFF REBECCA DEAN, by and through undersigned counsel, and files this Motion to Dismiss this case, with prejudice, as to her claim and to remove her from the list of named Plaintiffs, alleging and showing to the Court as follows:

1) Rebecca Dean was dismissed from employment at VictoryLand during the fall of 2009. She was not included in the mass layoffs that occurred in January and February, 2010.

- 1 -

2)     The settlement of this case re-defines the class to include those employees who were laid off in January and February of 2010.

3)  Rebecca Dean has reached a settlement with the Defendants with regard to her claim which is to be treated separate and apart from the settlement of the class action.

WHEREFORE, Rebecca Dean respectfully requests that this case be dismissed, with prejudice, as to her claim and that her name be removed from the list of named plaintiffs in this matter.

Respectfully submitted March 22, 2013.

/s/   *Philip Dale Segrest*
Philip Dale Segrest ASB-6870-E61P
John Michael Segrest ASB-8306-H58S
The Segrest Law Firm
P.O. Box 780791
Tallassee, AL  36078
Telephone:  334-252-0036
Fax:  334-252-0037
Email:  Dale.Segrest@SegrestLaw.com

Of Counsel
David L. Selby, II (ASB-6994-Y62D)
Law Offices of David L. Selby, II, LLC
One Chase Corporate Center
Suite 400
Birmingham, AL  35244
Telephone:  205-313-6491
dls@davidselbylaw.com

James B. Perrine ASB-9077-E31J
Bailey & Glasser, LLP
201 Monroe Street, Suite 2170

Montgomery, AL  36104
Telephone:  334-262-6485
Fax:  334-262-0657
jbperrine@baileyglasser.com

David P. Martin (ASB-3500-M68D)
The Martin Law Group, LLC
2117 Jack Warner Parkway
Suite 1, Building B
Tuscaloosa, AL  35401
Telephone:  205-343-1771
david@erisacase.com


Robert S. Thompson (THO039)
Robert Simms Thompson, P.C.
308 North Elm Street
Tuskegee, AL  36083
Telephone:  334-727-6463
Fax:  334-727-5746
Email:  rstpc@aol.com

## CERTIFICATE OF SERVICE

     I hereby certify that on March 22, 2013, I served a copy of the foregoing was filed electronically using the CM/ECF system, which will automatically send notification of such filing to the following:

Patrick L. W. Sefton, Esq.
Robert E. Sasser, Esq.
R. Brian Tipton, Esq.
Timothy Justin Gallagher, Esq.
Sasser, Sefton, Tipton & Davis, P.C.
P.O. Box 242127
Montgomery, AL  36124-2127
Email:  psefton@sasserlawfirm.com
       rsasser@sasserlawfirm.com
       btipton@sasserlawfirm.com
       tgallagher@sasserlawfirm.com

- 4 -

Fred D. Gray, Sr., Esq.
Stanley Gray, Esq.
Gray, Langford, Sapp, McGowan,
    Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083
Email:  fgray@glsmgn.com
        fgrayjr@glsmgn.com

                            */s/ Dale Segrest*