IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
LUCRETIA HORNSBY, et al.,      )
etc.,                          )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      3:10cv680-MHT
                               )          (WO)
MACON COUNTY GREYHOUND         )
PARK, INC., and McGREGOR       )
ENTERPRISES,                   )
                               )
     Defendants.               )
```

## JUDGMENT

Based on the representations made on the record on April 1, 2013, it is ORDERED as follows:

(1) The motion to dismiss (doc. no. 197) is granted.

(2) Plaintiff Rebecca Dean and her claims are dismissed with prejudice.

(3) Plaintiff Dean is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 3rd day of April, 2013.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE