IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LUCRETIA HORNSBY, et al., etc., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 3:10cv680-MHT ) (WO) |
| MACON COUNTY GREYHOUND PARK, INC., and McGREGOR ENTERPRISES, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

Based on the representations made on the record on April 1, 2013, it is ORDERED as follows:

    (1) The motion to dismiss (doc. no. 197) is granted.

    (2) Plaintiff Rebecca Dean and her claims are dismissed with prejudice.

    (3) Plaintiff Dean is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 3rd day of April, 2013.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE