IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LUCRETIA HORNSBY, et al., etc., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 3:10cv680-MHT ) |
| MACON COUNTY GREYHOUND PARK, INC., and McGREGOR ENTERPRISES, | ) ) ) ) |
| Defendants. | ) |

ORDER

It is ORDERED that the application for award of attorneys' fees, etc. (doc. no. 194) is set for hearing on April 22, 2013, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 3rd day of April, 2013.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE