IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **LUCRETIA HORNSBY, et al., etc.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MACON COUNTY GREYHOUND PARK, INC., and McGREGOR ENTERPRISES,** ) <br> ) <br> Defendants. ) | **CIVIL ACTION NO.** <br> **3:10cv680-MHT** |

### ORDER

It is ORDERED that the motion for entry of final approval (doc. no. 195) is set for hearing on April 22, 2013, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 3rd day of April, 2013.

        /s/ Myron H. Thompson
   **UNITED STATES DISTRICT JUDGE**