```
      IN THE UNITED STATES DISTRICT COURT FOR THE
       MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION
```

LUCRETIA HORNSBY, ANMARIE      )
YOUNG, PRESTON YOUNG,          )
DAWN HAMMOCK, CELINA           )
JORDAN, TABITHA ARLEDGE,       )
ERICA MILLER, OCIE BUTLER,     )
and DARRELL THOMAS, on         )
behalf of themselves and       )
all others similarly           )   CIVIL ACTION NO.
situated,                      )      3:10cv680-MHT
                               )          (WO)
    Plaintiffs,               )
                               )
    v.                         )
                               )
MACON COUNTY GREYHOUND         )
PARK, INC., MILTON             )
McGREGOR, McGREGOR             )
ENTERPRISES, and               )
VICTORYLAND,                   )
                               )
    Defendants.                )

## ORDER

It is ORDERED that the joint motion to supplement the joint motion for preliminary approval of settlement agreement and certification of settlement class (doc. no. 192) is granted.

DONE, this the 23d day of April, 2013.

                                      ___/s/ Myron H. Thompson_____
                                      UNITED STATES DISTRICT JUDGE